**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO FARIAS RODRIGUEZ, ) <br> ) <br>           Petitioner, ) <br> ) <br>     v. ) <br> ) <br> ATTORNEY GENERAL OF ) <br> CALIFORNIA, ) <br> ) <br>           Respondent. ) <br> _____) | No. SACV 12-1830-GW(CW) <br><br> ORDER ACCEPTING REPORT AND <br> RECOMMENDATION AND SUPPLEMENTAL <br> REPORT AND RECOMMENDATION OF <br> MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation and Supplemental Report and Recommendation of the United States Magistrate Judge. The court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objection has been made. The court accepts the findings and recommendation of the Magistrate Judge.

//

//

//

//

1 **IT IS THEREFORE ORDERED** that judgment be entered dismissing this
2 action with prejudice.

4 DATED: October 9, 2013

                                                GEORGE H. WU
                                  United States District Judge