**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTONIO FARIAS RODRIGUEZ, | ) | No. SACV 12-1830-GW(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ATTORNEY GENERAL OF CALIFORNIA, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

DATED: October 9, 2013

_/s/ George H. Wu_
GEORGE H. WU
United States District Judge